# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON __5/12/2015__ ᶸ
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

United States of America
v.
Pedro Perez-Perez

)
)
)
)
)
)
)
)

Case No:  5:13-CR-182-4BO

USM No:  57611-056

Steve Gordon
*Defendant's Attorney*

Date of Original Judgment:  March 12, 2014
Date of Previous Amended Judgment:  _____
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected*
*in the last judgment issued)* of _____72_____ months **is reduced to** _____58 months_____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served"
sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 12, 2014
shall remain in effect. **IT IS SO ORDERED.**

Order Date:  **5-12-15**

Effective Date:  November 1, 2015
*(if different from order date)*

*Judge's signature*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011